

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00020-CV

**IN THE INTEREST OF K.S.L.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00341
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, that portion of the trial court's order terminating appellant Mother S.N.C.'s and appellant Father K.J.L.'s parental rights is REVERSED and judgment is RENDERED that the Department of Family and Protective Services' petition requesting termination of Mother S.N.C.'s and Father K.J.L.'s parental rights is DENIED. That portion of the trial court's order appointing the Department of Family and Protective Services as the permanent managing conservator of K.S.L. is AFFIRMED.

SIGNED July 6, 2016.

_____
Rebeca C. Martinez, Justice